# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-00717-PAB-KMT | FTR - Courtroom C-201 |
| **Date:** June 15, 2011 | Deputy Clerk, Nick Richards |
| CHERYL FITZSIMMONS, | Barry Douglas Roseman |
| Plaintiff, | |
| v. | |
| NSO PRESS LLC, a Delaware limited liability company, and TOUCHPOINT PRINT SOLUTIONS CORPORATION, | Sybil Ruth Kisken |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**
**Court in Session: 10:40 a.m.**
Court calls the case. Appearances of counsel.

Discussion of Defendants' Motion for Entry of Protective Order [Doc. No. 27, filed June 14, 2011] and Plaintiff's Motion for Entry of Protective Order [Doc. No. 28, filed June 15, 2011].

**ORDERED:** Defendants' Motion for Entry of Protective Order [27] is **GRANTED** for reasons stated on the record.  Plaintiff's Motion for Entry of Protective Order [28] is **DENIED** for reasons stated on the record.

[**XX**]   Scheduling Order entered (as amended).

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:
Joinder of Parties/Amendment to Pleadings: August 1, 2011
Discovery Cut-off: December 16, 2011
Dispositive Motions Deadline: January 27, 2012

Each side is limited to 2 retained experts witnesses.
Disclosure of Affirmative Experts: September 16, 2011
Disclosure of Rebuttal Experts: October 14, 2011
Written Discovery shall be served no later than November 12, 2011 for documents other than the authenticity of documents.  Written Discovery pertaining to the authenticity of documents shall be served no later than January 16, 2011.
Each side shall be limited to 25 interrogatories, 25 requests for admission - except for admissions requesting the authenticity of the document - and 25 requests for documents.
Each side shall be limited to 10 depositions, excluding experts.  No deposition shall last longer than 7 hours without prior agreement or a court order.

**SETTLEMENT CONFERENCE** set for: October 13, 2011 at 1:30 p.m.
**in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

Confidential Settlement Statements are due: October 6, 2011

The Court will issue a separate minute order concerning settlement.

**FINAL PRETRIAL CONFERENCE** set for: March 20, 2012 at 9:30 a.m.
**in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**


TRIAL:

Trial Preparation Conference and trial dates will be set by District Judge Philip A. Brimmer at the Final Pretrial Conference.


Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.



**Court in recess: 11:26 a.m.**
Total In-Court Time:   00:46        Hearing concluded.


*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.