IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00717–PAB–KMT

CHERYL FITZSIMMONS,

    Plaintiff,

v.

NSO PRESS LLC, a Delaware limited liability company, and
TOUCHPOINT PRINT SOLUTIONS CORPORATION,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Vacate Settlement Conference" (Doc. No. 42, filed Oct. 6, 2011) is GRANTED. The Settlement Conference set for October 13, 2011 at 1:30 p.m. is VACATED. If the parties desire to schedule a settlement conference in the future, they may file an appropriate motion.

Dated: October 7, 2011