**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-00717-PAB-KMT          FTR - Courtroom C-201

**Date:** December 15, 2011          Deputy Clerk, Nick Richards

CHERYL FITZSIMMONS,          Barry Douglas Roseman

         Plaintiff,

v.

NSO PRESS LLC, a Delaware limited liability     Sybil Ruth Kisken
company, and
TOUCHPOINT PRINT SOLUTIONS
CORPORATION,

         Defendants.

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in session: 11:27 a.m.**
Court calls case. Appearances of counsel. Plaintiff Cheryl Fitzsimmons is present with counsel.

Motion Hearing is called regarding Plaintiff's Motion to Compel [Doc. No. 49, filed October 28, 2011].

Plaintiff's counsel informs the court that Request for Production No. 5 has been satisfied prior to this hearing.

Oral argument from plaintiff.
Oral argument from defense.

It is **ORDERED**:      Plaintiff's Motion to Compel [49] is **GRANTED IN PART AND DENIED IN PART**. The court notes it does not consider the responses in question to be evasive or non-responsive. However, some answers are not complete. Therefore, the motion is **GRANTED** as to discovery answered by defense counsel with phrases containing vague terminology such as "some," "may", or "which might." Discovery responses using such terminology shall be

          supplemented by counsel and the specific, correct response provided. More specific information shall be supplemented regarding furlough days and personnel issues and decisions as discussed on the record.

          Requests for Production No. 9 is **DENIED**.  Request for Production No. 10 is **DENIED** as to gross income, expenses, net income, and profitability.  Request for Production No. 10 is **GRANTED** as to payroll and employment or personnel decisions.

It is **ORDERED**:    Defendant's Oral Motion for Two Additional Hours to Depose Plaintiff is **GRANTED**. The inquiry is limited to job search documents and job performance issues referenced via email.

**Court in Recess: 1:42 p.m.**
Hearing concluded.
Total In-Court Time    02:15

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.